[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Serna*, Slip Opinion No. 2020-Ohio-6930.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6930

THE STATE OF OHIO, APPELLEE, *v*. SERNA, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Serna*, Slip Opinion No. 2020-Ohio-6930.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2019-1594—Submitted December 15, 2020—Decided December 31, 2020.)

APPEAL from the Court of Appeals for Champaign County,

No. 2018-CA-16, 2019-Ohio-4102.

_____

{¶ 1} This case is dismissed as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and FRENCH, FISCHER, and STEWART, JJ., concur.

DEWINE, J., would not order that the opinion of the court of appeals not be cited.

KENNEDY, J., dissents and would order briefing.

DONNELLY, J., dissents and would reverse the judgment of the court of appeals and remand the cause for application of *State v. Patrick*, __ Ohio St.3d __, 2020-Ohio-6803, __ N.E.3d __.

_____

Kevin S. Talebi, Champaign County Prosecuting Attorney, and Jane A. Napier, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick and Charlyn Bohland, Assistant Public Defenders, for appellant, Ely Ray Serna.

_____